**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13500 (MKV)<br>*(Jointly Administered)* |
| In re:<br><br>GRACIOUS HOME HOLDINGS LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13501 (MKV)<br>*(Jointly Administered)* |
| In re:<br><br>GRACIOUS HOME PAYROLL LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13502 (MKV)<br>*(Jointly Administered)* |
| In re:<br><br>GH EAST SIDE LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13503 (MKV)<br>*(Jointly Administered)* |
| In re:<br><br>GH WEST SIDE LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13504 (MKV)<br>*(Jointly Administered)* |
| In re:<br><br>GH CHELESA LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-13505(MKV)<br> *(Jointly Administered)* |

| | |
|---|---|
| In re: | Chapter 11 |
| GRACIOUS (IP) LLC, | Case No. 16-13506 (MKV) |
|                     Debtor. | *(Jointly Administered)* |

### ORDER GRANTING DEBTORS' MOTION FOR ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND (II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULE 2002(n)

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (the "Order") under section 342(c)(1) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (i) providing for the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only and (ii) waiving the requirements that the captions in these Chapter 11 Cases contain certain identifying information with respect to each Debtor; and upon the First Day Affidavit; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby;

        **ORDERED that:**

1.      The Motion is GRANTED solely to the extent set forth herein.

2.      Each of the Chapter 11 Cases is consolidated for procedural purposes only and shall be jointly administered by the Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the First Day Affidavit.

3.    Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

4.    The caption of the jointly administered Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRACIOUS HOME LLC, *et al.*, | Case No. 16-13500 (MKV) |
| Debtors.[2] | (Jointly Administered) |

5.    All original pleadings shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of Gracious Home LLC, Case No. 16-13500 (MKV).

6.    Docket entries shall be made on the docket of each of the Chapter 11 Cases (except that of Gracious Home LLC), substantially as follows:

"An order has been entered in this case consolidating this case with the case of Gracious Home LLC, Case No. 16-13500 (MKV), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  **The docket in Case No. 16-13500 (MKV) should be consulted for all matters affecting the above listed case.**"

7.    The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in the Chapter 11 Cases include the Debtors' tax identification numbers and other identifying information about the

---

[2] The Debtors in these chapter 11 cases and the last four digits of their tax identification numbers are: Gracious Home Holdings LLC (3251); Gracious Home Payroll LLC (3681), Gracious Home LLC (3251); GH East Side LLC (3251); GH West Side LLC (3251); GH Chelsea LLC (3251) and Gracious (IP) LLC (3251).  The latter five entities are disregarded for tax purposes and do not have their own tax identification numbers, but use that of Gracious Home Holdings LLC.  The address of the Debtors' corporate headquarters is 1201 Third Avenue, New York, New York 10021.

Debtors are hereby waived.    The Debtors shall include in all pleadings filed and each notice mailed by the Debtors a footnote listing all of the Debtors, the last four digits of their tax identification numbers, and the address of their corporate headquarters.

8.    This Order shall apply to any future filing of any affiliate of the Debtors, provided however, the Debtors shall file notice with the Court identifying the cases of such affiliates and stating that this Order shall apply to such cases.

9.    The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
        December 20, 2016

_s/ Mary Kay Vyskocil_
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge