```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

In re                              :    Case No. 16-13500 (MKV)

GRACIOUS HOME LLC, et al.,         :    Chapter 11

              Debtors.             :    (Jointly Administered)
-----------------------------------X
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. '' 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Gracious Home LLC, et al.:

1. Capstone Printing Corp.
   12 Chieftan Road
   Greenwich, CT 06831
   Att: Alan Finkelstein
   (917) 721-4926
   alan@capstoneprintingcorp.com

2. Lincoln Square Commercial
   Holding Co. LLC
   1995 Broadway, 3rd Floor
   New York, NY 10023
   Att: David Cvijic
   (212) 875-4932
   dcvijic@millenniumptrs.com

3. Scandia Down LLC
   1700 Harbor Blvd.
   Weehawken, NJ 07086
   (201) 272-3405
   Att: Don Kelley
   dkelley@HanoverDirect.com

4. The Townsend House Corp.
   First Service Residential
   622 Third Ave., 15th Floor
   New York, NY 10017
   Att: Christina Forbes
   (212) 324-9091
   Christina.forbes@fsresidential.com

    5.    True Value Co.
           7058 Snowdrift Rd.
           Allentown, PA 18106
           Att: Michael Block
           (610) 973-3234
           Michael.block@truevalue.com

Dated:    New York, New York
           January 6, 2017

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                        By:    */s/ Serene K. Nakano*
                              SERENE K. NAKANO
                              Trial Attorney
                              U.S. Federal Office Building
                              201 Varick St., Room 1006
                              New York, New York  10014
                              (212) 510-0505