**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Telephone: (973) 243-8600
Fax: (973) 243-8677
-and-
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (212) 899-5245
Joseph J. DiPasquale
jdipasquale@trenklawfirm.com
Irena M. Goldstein
igoldstein@trenklawfirm.com

*Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRACIOUS HOME LLC, *et al.*, | Case No. 16-13500 (MKV) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS FOR
### DEBTORS AND DEBTORS IN POSSESSION

   **PLEASE TAKE NOTICE THAT** Gracious Home LLC and certain of its affiliates, the

debtors and debtors in possession in the above-captioned cases have changed their address.  The

new address for the Debtors is as follows:

**1210 Third Avenue**
**New York, New York 10021**

---

[1] The Debtors in these chapter 11 cases and the last four digits of their tax identification numbers are: Gracious Home Holdings LLC (3251); Gracious Home Payroll LLC (3681), Gracious Home LLC (3251); GH East Side LLC (3251); GH West Side LLC (3251); GH Chelsea LLC (3251) and Gracious (IP) LLC (3251).  The latter five entities are disregarded for tax purposes and do not have their own tax identification numbers, but use that of Gracious Home Holdings LLC.  The address of the Debtors' corporate headquarters is 1210 Third Avenue, New York, New York 10021.

Dated: February 3, 2017

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**

By: */s/ Joseph J. DiPasquale*
    Joseph J. DiPasquale
    Irena M. Goldstein
    347 Mount Pleasant Avenue, Suite 300
    West Orange, New Jersey 07052
    (973) 243-8600
    -and-
    45 Rockefeller Plaza, Suite 2000
    New York, New York 10111
    (212) 899-5245

    *Counsel for Debtors and
    Debtors in Possession*

4839-4708-1537, v. 1