**EXHIBIT B**

Invoice No. 1002
March 10, 2017



Wyse Advisors LLC
85 Broad Street
Floor 29
New York, NY 10004

Mr Patrick Klosterman
Chief Financial Officer
Gracious Homes LLC
1210 Third Avenue
New York, NY 10021

|  |  |  |  | Amount |
|---|---|---|---|---|
| Services for the period February 1, 2017 to February 28, 2017 | | | | |
| Time | 58.90 | @ $400 per hour | $ | 23,560.00 |
| Expenses | | | | - |
| Less: 20% holdback | | | | (4,712.00) |
| Total | | | $ | 18,848.00 |

Gracious Homes LLC
WALLC Time



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 1-Feb | Work session on sensitivity analysis on Interim DIP budget | Business Analysis | 2.1 |
| 1-Feb | Numerous emails / calls with Seward regarding Final DIP issues | Business Analysis | 1.1 |
| 2-Feb | Emails / calls with Seward regarding Final DIP | Business Analysis | 2.2 |
| 3-Feb | Work session on Daily Liquidity Analysis | Business Analysis | 0.3 |
| 3-Feb | Numerous emails / calls with Seward regarding Funding and Final DIP issues | Business Analysis | 1.2 |
| 3-Feb | Numerous emails / calls with BR regarding Funding and Final DIP issues | Business Analysis | 0.5 |
| 4-Feb | Numerous calls / emails with Seward regarding UCC options | Business Analysis | 0.7 |
| 4-Feb | Work session on Liquidation analysis and alternative scenarios | Business Analysis | 2.8 |
| 5-Feb | Work session on Liquidation analysis and alternative scenarios | Business Analysis | 2.4 |
| 5-Feb | Numerous emails / calls with Seward regarding Final DIP issues | Business Analysis | 0.7 |
| 6-Feb | Prepared for and participated in update call with UCC | Business Analysis | 3.6 |
| 6-Feb | Numerous calls / emails with BR | Business Analysis | 0.8 |
| 6-Feb | Work session on Liquidation analysis and alternative scenarios | Business Analysis | 1.6 |
| 7-Feb | Prepared for and participated in call with BR | Business Analysis | 1.9 |
| 7-Feb | Work session on Liquidation analysis and alternative scenarios | Business Analysis | 1.2 |
| 7-Feb | Numerous emails / calls with Seward regarding Final DIP issues | Business Analysis | 1.1 |
| 8-Feb | Work session reviewing Daily Liquidity Report and DIP budget | Business Analysis | 1.1 |
| 8-Feb | Numerous emails / calls with Seward regarding Final DIP issues | Business Analysis | 0.9 |
| 9-Feb | Numerous emails / calls with Seward regarding Final DIP issues | Business Analysis | 0.5 |
| 10-Feb | Prepared for and attended Final DIP hearing | Business Analysis | 2.2 |
| 13-Feb | Numerous calls / emails with BR | Business Analysis | 1.1 |
| 14-Feb | Prepared for and participated in update call with UCC | Business Analysis | 2.9 |
| 15-Feb | Numerous calls / emails with Seward regarding case matters and next steps | Business Analysis | 2.5 |

**Gracious Homes LLC**
**WALLC Time**



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 16-Feb | Work session on updated DIP budget and variance analysis | Business Analysis | 1.1 |
| 17-Feb | Numerous calls / emails with BR regarding liquidity, pro fees, etc | Business Analysis | 0.5 |
| 18-Feb | Numerous calls / emails with Seward regarding case matters and next steps | Business Analysis | 1.8 |
| 20-Feb | Numerous calls / emails with Seward regarding case matters and next steps | Business Analysis | 0.5 |
| 21-Feb | Numerous calls / emails with BR regarding liquidity, pro fees, etc | Business Analysis | 0.6 |
| 22-Feb | Numerous calls / emails with BR regarding liquidity, pro fees, etc | Business Analysis | 1.1 |
| 23-Feb | Work session on revised DIP Budget | Business Analysis | 1.5 |
| 23-Feb | Numerous calls / emails with BR regarding updated DIP Budget and other items | Business Analysis | 1.3 |
| 23-Feb | Numerous calls / emails with Seward regarding case matters | Business Analysis | 1.1 |
| 24-Feb | Numerous calls / emails with Seward regarding case matters and next steps | Business Analysis | 1.1 |
| 24-Feb | Numerous calls / emails with BR regarding updated DIP Budget and other items | Business Analysis | 0.9 |
| 24-Feb | Work session preparing financial updated for UCC | Business Analysis | 1.8 |
| 24-Feb | Work session preparing financial updated for UCC | Business Analysis | 0.4 |
| 25-Feb | Work session on January MOR | Business Analysis | 0.8 |
| 25-Feb | Numerous calls / emails with BR regarding updated DIP Budget and other items | Business Analysis | 0.6 |
| 25-Feb | Numerous calls / emails with Seward regarding case matters | Business Analysis | 0.9 |
| 27-Feb | Work session on revised Merchandise Plan | Business Analysis | 0.7 |
| 27-Feb | Numerous calls / emails with Seward regarding case matters | Business Analysis | 1.1 |
| 27-Feb | Work session on daily liquidity analysis and other sensitivities | Business Analysis | 0.8 |
| 28-Feb | Work session on employee retention / compensation | Business Analysis | 2.2 |
| 28-Feb | Numerous calls / emails with Seward regarding employee compensation | Business Analysis | 1.1 |
| 28-Feb | Numerous calls / emails with BR regarding employee retention / compensation | Business Analysis | 1.6 |
| | | | 58.9 |



Invoice No. 1001
February 16, 2017

Wyse Advisors LLC
85 Broad Street
Floor 29
New York, NY 10004

Mr Patrick Klosterman
Chief Financial Officer
Gracious Homes LLC
1210 Third Avenue
New York, NY 10021

|  |  |  |  |  | **Amount** |
|---|---|---|---|---|---|
| Services for the period January 6, 2017 to January 31, 2017 |  |  |  |  |  |
|  | Time | 98.8 | @ $400 per hour | $ | 39,520.00 |
|  | Expenses |  |  |  | - |
|  | Less: 20% holdback |  |  |  | (7,904.00) |
| Total |  |  |  | $ | 31,616.00 |

**Gracious Homes LLC**
**WALLC Time**


Wyse Advisors LLC

| Date | Time Description | Category | Hours |
|---|---|---|---|
| 6-Jan | Kickoff meeting with Seward & Kissel | Business Analysis | 1.0 |
| 6-Jan | Initial call with B Riley and DiPasquale | Business Analysis | 0.8 |
| 6-Jan | Compile and send initial information request to B Riley | Business Analysis | 0.7 |
| 6-Jan | Calls / emails with B Riley regarding information request | Business Analysis | 0.4 |
| 7-Jan | Review / analysis of preliminary cash flow and previous weeks variance analysis; develop further information request | Business Analysis | 2.3 |
| 7-Jan | Store visit - 1210/1220 | Business Analysis | 0.3 |
| 8-Jan | Review / analysis of preliminary cash flow and previous weeks variance analysis; develop further information request in anticipation of call with Management & B Riley | Business Analysis | 1.8 |
| 8-Jan | Preparation for and participate on call with BR & Management | Business Analysis | 1.2 |
| 8-Jan | Prepared for and participated in internal call with Seward & Kissel | Business Analysis | 1.1 |
| 9-Jan | Work session preparing initial liquidation analysis; including revisions from conversations with Seward & Kissel | Business Analysis | 1.4 |
| 9-Jan | Prepared for and participated in UCC call | Business Analysis | 1.3 |
| 9-Jan | Numerous emails / calls with BR regarding status of information requests | Business Analysis | 1.1 |
| 9-Jan | Prepared revised prioritized information request | Business Analysis | 0.9 |
| 9-Jan | Work session preparing sensitivity analysis on 13-week cash flow | Business Analysis | 1.2 |
| 9-Jan | Internal discussions with Seward & Kissel | Business Analysis | 1.1 |
| 9-Jan | Call with B Riley regarding progress and retention | Business Analysis | 0.8 |
| 9-Jan | Analysis on the revised 13-week cash flow | Business Analysis | 1.8 |
| 10-Jan | Review / analysis on 13-week cash flow | Business Analysis | 1.3 |
| 10-Jan | Call with potential IP advisors / lenders; getting views on the market | Financing | 0.8 |
| 10-Jan | Call / emails with B Riley on key motions and status updates | Business Analysis | 1.3 |
| 10-Jan | Review / analysis of 13-week sensitivity analysis | Business Analysis | 0.9 |
| 10-Jan | Preparation of 3-week cash flow deep dive analysis and subsequent request list | Business Analysis | 1.1 |

**Gracious Homes LLC**
**WALLC Time**



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 10-Jan | Numerous update calls / emails with Seward & Kissel | Business Analysis | 1.0 |
| 11-Jan | Prepared for and participated in call with B Riley and Company | Business Analysis | 2.1 |
| 11-Jan | Calls / emails with potential DIP Lenders | Financing | 1.1 |
| 11-Jan | Numerous update calls / emails with Seward & Kissel | Business Analysis | 0.8 |
| 11-Jan | Calls / emails with UCC members | Business Analysis | 0.8 |
| 12-Jan | Review of the final cash collateral proposed order budget, filed with the Court | Business Analysis | 0.4 |
| 12-Jan | Court Hearing | Court Hearing | 1.1 |
| 12-Jan | Prepared Cash flow assumptions, observations and sensitivity analysis for UCC | Business Analysis | 2.7 |
| 12-Jan | Calls / emails with potential DIP Lenders | Financing | 1.1 |
| 13-Jan | Call with B Riley regarding DIP potentials | Financing | 0.6 |
| 13-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.8 |
| 13-Jan | Prepared DIP control log negotiations / observations | Financing | 0.7 |
| 13-Jan | Update request list | Business Analysis | 0.3 |
| 13-Jan | Calls / emails with potential DIP Lenders | Financing | 0.8 |
| 14-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 1.2 |
| 15-Jan | Review / analysis of numerous motions | Business Analysis | 0.8 |
| 15-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.9 |
| 15-Jan | Emails with B Riley regarding DIP potentials | Financing | 0.7 |
| 16-Jan | Prepared for and participated in call with B Riley and Company | Business Analysis | 0.9 |
| 16-Jan | Prepared update for UCC | Business Analysis | 1.3 |
| 16-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.8 |
| 17-Jan | Prepared for and participated in update call with UCC | Business Analysis | 2.2 |
| 17-Jan | Work session on the Updated 13-week cash flow and variance analysis | Business Analysis | 1.2 |
| 17-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.7 |
| 18-Jan | Call with UCC member | Business Analysis | 0.5 |
| 18-Jan | Participated on call regarding IP valuation | Business Analysis | 0.8 |

**Gracious Homes LLC**
**WALLC Time**



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 18-Jan | Work session on updated 13-week cash flow | Business Analysis | 0.9 |
| 18-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.9 |
| 19-Jan | Review of JMB LOI | Financing | 0.5 |
| 19-Jan | Calls / emails with Seward & Kissel regarding numerous case matters | Business Analysis | 0.7 |
| 20-Jan | Call with B Riley; B Riley Retention; Other objections | Business Analysis | 5.1 |
| 21-Jan | Emails with Seward & Kissel | Business Analysis | 1.1 |
| 22-Jan | Review of Budget, Liquidation Analysis | Business Analysis | 1.5 |
| 23-Jan | Call on Budget; review of Budget | Business Analysis | 3.1 |
| 24-Jan | Updates on Budget; Call with UCC; Hearing; Calls with Seward & Kissel | Business Analysis | 4.4 |
| 25-Jan | UCC Prep/ call; retention; calls with Seward & Kissel | Business Analysis | 4.9 |
| 26-Jan | Liquidation Analysis; calls with UCC; review of DIP Credit Agreement | Business Analysis | 4.1 |
| 27-Jan | Calls with Seward & Kissel, Prep and Call with UCC; DIP Lender demands | Business Analysis | 5.1 |
| 28-Jan | Prepared for and participated in call with B Riley | Business Analysis | 1.0 |
| 29-Jan | Prepared for and participated in call with B Riley & Company | Business Analysis | 1.1 |
| 29-Jan | Numerous emails updating Seward & Kissel and UCC | Business Analysis | 1.2 |
| 30-Jan | Prepared for and participated in update call with UCC | Business Analysis | 1.5 |
| 30-Jan | Prepared sensitivity analysis on DIP Budget | Business Analysis | 1.4 |
| 30-Jan | Numerous calls / emails with Seward & Kissel regarding DIP hearing / updated documents | Business Analysis | 1.6 |
| 30-Jan | Review of DIP Order / Credit Agreement | Business Analysis | 1.2 |
| 31-Jan | Prepared for DIP Hearing with Seward & Kissel | Business Analysis | 1.1 |
| 31-Jan | Court Hearing | Court Hearing | 6.1 |
| | | | 98.8 |

Invoice No. 1003
April 18, 2017



Wyse Advisors LLC
85 Broad Street
Floor 29
New York, NY 10004

Mr Patrick Klosterman
Chief Financial Officer
Gracious Homes LLC
1210 Third Avenue
New York, NY 10021

|  |  |  |  | Amount |
|---|---|---|---|---|
| Services for the period March 1, 2017 to March 31, 2017 |  |  |  |  |
| Time | 29.0 | @ $400 per hour | $ | 11,600.00 |
| Expenses |  |  |  | - |
| Less: 20% holdback |  |  |  | (2,320.00) |
| Total |  |  | $ | 9,280.00 |

**Gracious Homes LLC**
**WALLC Time**



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 1-Mar | Numerous calls / emails with B Riley | Business Analysis | 0.9 |
| 1-Mar | Numerous calls / emails with Seward & Kissel | Business Analysis | 0.8 |
| 1-Mar | Numerous emails / calls with UCC members | Business Analysis | 0.7 |
| 2-Mar | Numerous calls / emails with B Riley | Business Analysis | 0.8 |
| 2-Mar | Numerous emails / calls with UCC members | Business Analysis | 0.5 |
| 2-Mar | Numerous calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 2-Mar | Prepared for and participated in UCC call regarding employee compensation | Business Analysis | 1.1 |
| 3-Mar | Emails with B Riley | Business Analysis | 0.3 |
| 6-Mar | Emails with B Riley; review of Daily Liquidity Report | Business Analysis | 0.5 |
| 6-Mar | Review of revised 13-week cash flow | Business Analysis | 0.5 |
| 7-Mar | Review of revised 13-week cash flow | Business Analysis | 0.5 |
| 8-Mar | Review of data room materials | Business Analysis | 2.2 |
| 9-Mar | Review of weekly variance report | Business Analysis | 0.5 |
| 10-Mar | Emails with B Riley | Business Analysis | 0.3 |
| 13-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 13-Mar | Prepared for and participated on call with B Riley | Business Analysis | 1.1 |
| 14-Mar | Review of revised 13-week cash flow; performed sensitivities to working model | Business Analysis | 0.5 |
| 15-Mar | Review of data room materials | Business Analysis | 1.1 |
| 15-Mar | Preparation of agenda for in-person meeting | Business Analysis | 0.5 |
| 16-Mar | Prepared for and participated in meeting with Debtors Advisors | Business Analysis | 2.1 |
| 17-Mar | Review of cash flow variance analysis | Business Analysis | 0.6 |
| 17-Mar | Numerous calls / emails with B Riley | Business Analysis | 1.2 |
| 17-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.8 |
| 18-Mar | Numerous emails with B Riley | Business Analysis | 0.5 |
| 18-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 18-Mar | Preparation of UCC communication | Business Analysis | 1.4 |
| 19-Mar | Calls / emails with Seward & Kissel | Business Analysis | 1.8 |
| 20-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 21-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 22-Mar | Numerous calls / emails with B Riley | Business Analysis | 1.2 |
| 22-Mar | Numerous calls / emails with B Riley | Business Analysis | 0.8 |
| 22-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.8 |
| 23-Mar | Review of the Daily Liquidity Report | Business Analysis | 0.4 |

**Gracious Homes LLC**
**WALLC Time**



| Date | Time Description | Category | Hours |
|---|---|---|---|
| 23-Mar | Review of weekly variance report | Business Analysis | 0.5 |
| 28-Mar | Numerous calls / emails with B Riley | Business Analysis | 0.8 |
| 29-Mar | Calls / emails with Seward & Kissel | Business Analysis | 0.5 |
| 29-Mar | Numerous calls / emails with B Riley | Business Analysis | 0.5 |
| | | | 29.0 |