# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRACIOUS HOME LLC, *et al.*,[1] | Case No.: 16-13500 (MKV) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER AUTHORIZING DEBTOR TO ISSUE SUBPOENA DIRECTING**
**EXAMINATION AND PRODUCTION OF DOCUMENTS**

The Official Committee of Unsecured Creditors (the "Committee") in the cases of the above captioned debtors and debtors-in-possession (the "Debtors") filed a motion (the "Motion") for an order seeking authorization for the Committee to issue subpoenas on Dorothy Mattison (the "Deponent"), pursuant to rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"), (a) directing the production for inspection and copying records of documents related to the issues identified in Exhibit "B" to the Motion, and (b) directing the appearance and submission to an oral examination to be taken under oath of the Deponent regarding the categories of testimony identified in Exhibit "B" to the Motion; the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and sufficient notice having been provided; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors and their estates; and the legal

---

[1] The Debtors in these chapter 11 cases and the last four digits of their tax identification numbers are: Gracious Home LLC (6822); Gracious Home Holdings LLC (3251); Gracious Home Payroll LLC (3681); GH East Side LLC (3251); GH West Side LLC (3251); GH Chelsea LLC (3251) and Gracious (IP) LLC (3251). The latter four entities are disregarded for tax purposes and do not have their own tax identification numbers, but use that of Gracious Home Holdings LLC. The address of the Debtors' corporate headquarters is 1210 Third Avenue, New York, New York 10021.

and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The relief requested in the Motion is GRANTED to the extent set forth herein.

    2.    The Committee may issue a subpoena or subpoenas directing the Deponent to produce documents relating to the categories of information described in Exhibit "B" to the Motion.

    3.    The Deponent shall produce the documents (including electronically stored information) in its possession, custody or control referenced in categories of information described in Exhibit "B" to the Motion not later than 20 days after the service of such subpoena, the Motion and a copy of this Order, to be delivered to Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004, attention John R. Ashmead (the Movant's counsel).

    4.    The Committee may issue a subpoena or subpoenas directing the Deponent to appear for an examination under oath to testify at the location identified in the subpoenas or subpoenas authorized by this Order or at such other location to be agreed upon by Movant's counsel.

    5.    The production and examination required hereby are subject to any applicable privilege; provided, that if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, the Deponent shall provide a proper privilege log to the Movant's counsel at the time of document production hereunder.

6. The Deponent shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Movant's counsel to attempt to agree on appropriate search terms.

7. All disputes concerning Rule 2004 Subpoenas, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single spaced. The other party shall file a responsive letter brief within three business days, which shall not exceed five pages, single spaced. Copies of such letter briefs shall also be emailed to the Court's chambers.

8. To the extent necessary, the Debtors' rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order.

9. This Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

DATED: _____, 2018
        New York, New York                                  _____
                                                                                             The Honorable Mary Kay Vyskocil
                                                                                              United States Bankruptcy Judge