UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Gracious Home LLC
Debtor

Case No. 16-13500
Reporting Period: Aug-18

Federal Tax I.D. # _____

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|   Copies of IRS Form 6123 or payment receipt | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|   Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____                    Date 9/27/18

Signature of Authorized Individual* _____        Date 9/27/18

Printed Name of Authorized Individual  Robert Morrison        Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Gracious Home LLC
Debtor

Case No. 16-13500
Reporting Period: Aug-18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ACCOUNT NUMBER (LAST 4) | Signature PAYROLL | Signature OPERATING | Signature COLLECTIONS | Trinco / Limited Bank | DISB/C/TAX | DISB/C/PAYROLL (CLOSED) | HSBC OPERATING (CLOSED) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) | GH Holdings LLC | GH LLC | GH Payroll LLC | Gracious IP LLC | GH East Side LLC | GH West Side LLC | GH Chelsea LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | - | - | - | - | 370,919.14 | - | - | 370,919.14 | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | - | | | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - | - | - | - | | | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - | - | - | - | | | | | | | |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | - | | | | | | | |
| SALE OF ASSETS | - | - | - | - | - | - | - | - | | | | | | | |
| RECEIPTS for NEWGH LLC or NEWGH LLC receivable** | - | - | - | - | - | - | - | - | | | | | | | |
| OTHER (ATTACH LIST) | - | - | - | - | 81.38 | - | - | 81.38 | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | - | - | - | - | - | | | | | | | |
| **TOTAL RECEIPTS** | - | - | - | - | 81.38 | - | - | 81.38 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| NET PAYROLL | - | - | - | - | - | - | - | - | | | | | | | |
| PAYROLL TAXES | - | - | - | - | - | - | - | - | | | | | | | |
| SALES, USE, & OTHER TAXES | - | - | - | - | - | - | - | - | | | | | | | |
| INVENTORY PURCHASES | - | - | - | - | - | - | - | - | | | | | | | |
| SECURED/RENTAL/LEASES | - | - | - | - | - | - | - | - | | | | | | | |
| INSURANCE | - | - | - | - | - | - | - | - | | | | | | | |
| ADMINISTRATIVE | - | - | - | - | - | - | - | - | | | | | | | |
| SELLING | - | - | - | - | - | - | - | - | | | | | | | |
| DISBURSEMENTS for NEWGH LLC with NEWGH LLC cash (LIST Below)** | - | - | - | - | - | - | - | - | | | | | | | |
| TRANSFER to NEWGH LLC or NEWGH LLC cash** | - | - | - | - | - | - | - | - | | | | | | | |
| OTHER (ATTACH LIST) | - | - | - | - | (15.00) | - | - | (15.00) | (15.00) | | | | | | |
| OWNER DRAW * | - | - | - | - | - | - | - | - | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | - | - | - | - | - | - | - | - | | | | | | | |
| PROFESSIONAL FEES | - | - | - | - | (9,748.00) | - | - | (9,748.00) | (9,748.00) | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | - | | | | | | | |
| COURT COSTS | - | - | - | - | - | - | - | - | | | | | | | |
| **TOTAL DISBURSEMENTS** | - | - | - | - | (9,763.00) | - | - | (9,763.00) | (9,763.00) | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | (9,681.62) | - | - | (9,681.62) | | | | | | | |
| **CASH - END OF MONTH** | - | - | - | - | 361,237.52 | - | - | 361,237.52 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

** NEWGH LLC had difficulty spotting new bank accounts and transferring existing relationships to new accounts by June 30, 2017. The estate allowed NEWGH LLC to use the debtors accounts, given that the cash was the property of NEWGH LLC

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

**THE FOLLOWING SECTION MUST BE COMPLETED**

| TOTAL DISBURSEMENTS | (9,763.00) |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | (9,763.00) |

ALL DISBURSEMENTS LIST

In re Gracious Home LLC

Case No. 16-13500

Reporting Period: Aug-18

**OTHER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Interest | - | 81.38 | - | 81.38 | - | - | - |
| n/a | - | - | - | - | - | - | - |
| n/a | - | - | - | - | - | - | - |
| **Total Other Receipts** | - | **81.38** | - | **81.38** | - | - | - |

**Other Disbursements**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Operating Account Bank Charge | - | - | - | - | - | - | - |
| Operating Account Bank Charge reverse | - | - | - | - | - | - | - |
| Tax Account Bank Charge | - | (15.00) | - | (15.00) | - | (15.00) | - |
| Other | - | - | - | - | - | - | - |
| **Total Other Disbursements** | - | **(15.00)** | - | **(15.00)** | - | **(15.00)** | - |

**DISBURSEMENTS for NEWGH LLC from HSBC Bank Accounts**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| none | - | - | - | - | - | - | - |
| none | - | - | - | - | - | - | - |
| none | - | - | - | - | - | - | - |
| □ | - | - | - | - | - | - | - |
| □ | - | - | - | - | - | - | - |
| **Total Other** | - | - | - | - | - | - | - |

In re Gracious Home LLC _____   Case No. 16-13500
    Debtor   Reporting Period:   Aug-18

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Signature Payroll<br># ████8586 | Signature Operating<br># ████0979 | Signature Collection<br># ████8594 | Trenk - Lakeland Bank<br># ████0603 | HSBC PAYROLL<br># ████3026 | HSBC TAX<br># ████3972 | HSBC OPERATING<br># ████3018 |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | - | | - | | - | 361,237.52 | |
| ███████████████████ | | | | | | | |
| **BANK BALANCE** | - | - | - | | - | 361,237.52 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | | | | | |
| OTHER *(ATTACH EXPLANATION)* | - | - | | | - | | |
| **ADJUSTED BANK BALANCE *** | - | - | - | - | | 361,237.52 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| CHECKS OUTSTANDING | Ck # | Amount | Ck # | | Amount |
|---|---|---|---|---|---|
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |

OTHER

Unreconciled variance

       end       end       end       end       end       end



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

GRACIOUS HOME HOLDINGS LLC
1210 3RD AVE
NEW YORK        NY  100215104

—— COMM MARKET RATE INV

| ACCOUNT NUMBER | ▮3972 |
| --- | --- |
| STATEMENT PERIOD | 08/01/18 TO 08/31/18 |

*GRACIOUS HOME HOLDINGS LLC*

| | |
| --- | --- |
| BEGINNING BALANCE | $370,919.14 |
| DEPOSITS & OTHER ADDITIONS | $81.38 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $9,763.00 |
| ENDING BALANCE | $361,237.52 |

| | |
| --- | --- |
| ANNUAL PERCENTAGE YIELD EARNED 08/01/18 - 08/31/18 | 0.28% |
| INTEREST EARNED THIS PERIOD | $85.54 |
| AVERAGE DAILY BALANCE | $366,242.36 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $717.05 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
| --- | --- | --- | --- | --- |
| 08/01/18 | OPENING BALANCE | | | $370,919.14 |
| 08/14/18 | INTEREST PAID FROM 07/16/18 THRU 08/13/18 | 81.38 | | $371,000.52 |
| 08/17/18 | 773759D01S2T 773759D01S2T▮ CITRIN COOPERMAN AND COMPANY 1500628193 GRACIOUS HOME PAYMENT FOR TAX WORK 57SEND FED FEDSEQ:B1Q8982C003146 SIGNATURE BANK | | 9,748.00 | $361,252.52 |
| | 773759D01S2T 773759D01S2T▮ WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $361,237.52 |
| 08/31/18 | ENDING BALANCE | | | $361,237.52 |

*All deposited items are credited subject to final payment.*

*Please examine your statement at once.*        *If you change your address, please notify us of your new address.*

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers
c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR
WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need
more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for
the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2018 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING
LENDER

In re Gracious Home LLC                          Case No. 16-13500
        Debtor                                   Reporting Period:              Aug-18

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid. This statement
is not audited and is highly preliminary. The estate makes no representation regarding the accuracy of these figures.
0          12/15/16 - 8/31/18

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | - | 1,709,007 |
| Less: Returns and Allowances | - | (133,034) |
| **Net Revenues** | **-** | **1,575,973** |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | - | 5,089,412 |
| Add: Purchases | - | 877,124 |
| Add: Cost of Labor | | 40,755 |
| Merchant POS Sales = Base COGS | - | 455,313 |
| Other COGS Adjustments | | 45,927 |
| Add: Other Costs (attach schedule) | - | (1,358,673) |
| Less: Ending Inventory | - | 3,534,498 |
| Cost of Goods Sold | - | 1,114,119 |
| **Gross Profit** | **-** | **461,854** |
| **OPERATING EXPENSES** | | |
| Advertising | - | 67,290 |
| Auto and Truck Expense | - | - |
| Bad Debts | - | 4,000 |
| Consulting | - | 111,860 |
| Credit Card Transaction Fees | - | 29,075 |
| Employee Benefits Programs | - | 33,137 |
| Officer/Insider Compensation* | - | 13,710 |
| Insurance | - | 109,925 |
| IT Expenses | - | 88,257 |
| Management Fees/Bonuses | - | - |
| Office Expense | - | - |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | 67,779 |
| Rent and Lease Expense | - | 829,638 |
| Salaries/Commissions/Fees | - | 1,134,230 |
| Supplies | - | 15,526 |
| Taxes - Payroll | - | 26,200 |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | 6,600 |
| Travel and Entertainment | - | - |
| Utilities + Telephone | - | 61,201 |
| Other (attach schedule) | 15 | 144,278 |
| **Total Operating Expenses Before Depreciat** | **15** | **2,742,705** |
| Depreciation/Depletion/Amortization | - | 23,472 |
| Net Profit (Loss) Before Other Income & Exp | (15) | (2,304,323) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | 160,040 |
| Interest Expense / Income | 81 | (180,000) |
| Other Expense (attach schedule) | - | (28,651) |
| Net Profit (Loss) Before Reorganization Items | 66 | (2,352,935) |

In re Gracious Home LLC      Case No. 16-13500

| Debtor | Reporting Period: | Aug-18 |
|---|---|---|

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | 333 | 2,833,369 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | 333 | 2,833,369 |
| Income Taxes | - | |
| Net Profit (Loss) | (267) | (5,186,303) |
| *"Insider" is defined in 11 U.S.C. Section 101(31).* | (267) | (5,186,303) |
| | - | |

Note: Unaudited financial statement and highly preliminary. The estate makes no representation regarding the accuracy of these figures. UST Quarterly Fees accounted for in Professional Fees.

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| OTHER OPERATIONAL EXPENSES | 15 | |
|---|---|---|
| Security | - | |
| Reconciliation Discrepancies | - | |
| Bad Debt Expense | - | |
| Bank Charges | 15 | |
| Miscellaneous | - | |
| Office:Postage/Shipping | - | |
| Fines / Penalties | | |
| Cash short (over) | - | |

| OTHER INCOME | - | |
|---|---|---|
| Service Fees | - | |
| Shipping Charges | - | |
| Freight Out | - | |
| Refund | - | |
| Insurance Settlement | - | |

| OTHER EXPENSES | | |
|---|---|---|
| Finance charge (penalties & interest) | - | |
| Miscellaneous | - | |
| Interest Income | - | |
| NYS Tax | - | |

| OTHER REORGANIZATION EXPENSES | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re Gracious Home LLC     Case No.     16-13500

**Debtor**     **Reporting Period:**     **Aug-18**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

This statement is not audited and is highly preliminary. The estate makes no representation regarding the accuracy of these figures.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | 31-Aug | 31-Jul | 14-Dec |
| Unrestricted Cash and Equivalents | 361,238 | 370,919 | 796,163 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | |
| Accounts Receivable (Net)** | - | - | 768,451 |
| Inventories** | - | - | 1,050,273 |
| Prepaid Expenses** | - | - | 204,110 |
| GH N, LLC Escrow | | | |
| Professional Retainers | - | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 361,238 | 370,919 | 2,818,997 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements** | - | - | 5,619,489 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation ** | - | - | (2,628,100) |
| *TOTAL PROPERTY & EQUIPMENT* | - | - | 2,991,389 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)*** | - | - | 3,306,299 |
| *TOTAL OTHER ASSETS*** | - | - | 3,306,299 |
| *TOTAL ASSETS* | 361,238 | 370,919 | 9,116,685 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 918,878 | 928,293 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | - | - | |
| Professional Fees | | | |
| Amounts Due to Insiders* | 702,252 | 702,252 | 702,252 |
| Other Post-petition Liabilities *(attach schedule)* | | | - |
| *TOTAL POST-PETITION LIABILITIES* | 1,621,130 | 1,630,545 | 702,252 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 4,451 | 4,451 | 202,469 |
| Priority Debt | | | |
| Unsecured Debt | 14,183,947 | 14,183,947 | 18,503,750 |
| *TOTAL PRE-PETITION LIABILITIES* | 14,188,398 | 14,188,398 | 18,706,219 |
| *TOTAL LIABILITIES* | 15,809,528 | 15,818,943 | 19,408,471 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | 7,200,000 | 7,200,000 | 7,200,000 |
| Retained Earnings - Pre-Petition | (17,461,987) | (17,461,987) | (17,491,786) |
| Retained Earnings - Post-petition | (5,186,303) | (5,186,037) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | (15,448,290) | (15,448,024) | (10,291,786) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 361,238 | 370,919 | 9,116,685 |

*"Insider" is defined in 11 U.S.C. Section 101(31).     -     -     (0.1)

| In re Gracious Home LLC | Case No. | 16-13500 |
|---|---|---|
| Debtor | Reporting Period: | Aug-18 |

**Reduced all asset values, excluding cash, to $0 to reflect the Sale of Assets as of June 30, 2017. The estate makes no representation as to the accuracy of accounting.

Note: Unaudited financial statement and highly preliminary. The estate makes no representation regarding the accuracy of these figures

### BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | - | - | 3,306,298.66 |
| Intangible assets | - | - | 2,201,650.40 |
| Deferred Financing | - | - | 493,002.21 |
| Accumulated amortizatoin - deferred loan | - | - | (154,401.21) |
| Other assets (rent, security deposits, and other) | - | - | 766,047.26 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Post-petition Liabilities | | |
| Accounts Payable | - | 12,808,865.87 |
| Accrued expenses and other current liabilities | - | 2,139,082.26 |
| Long term Debt, net of current maturities | - | 180,247.29 |
| Current maturities of obligations under capital lease | - | 7,603.02 |
| Obligations under capital lease, less current portion | - | 14,618.52 |
| Deferred landlord reimbursement - ST | - | 38,644.00 |
| Deferred landlord reimbursement - LT | - | 212,542.47 |
| Deferred rent | - | 4,006,867.46 |
| | - | - | 19,408,470.89 |
| Adjustments to Owner's Equity | | |
| | | |
| | | |
| | | |
| Post-Petition Contributions | | |
| | | |
| | | |
| | | |

In re Gracious Home LLC                              Case No. 16-13500
     **Debtor**                              Reporting Period:   Aug-18

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax | n/a Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Income Tax | | - | | | | - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| [] | - | - | - | | | - |
| Other: | - | - | - | | | - |
|   Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Income | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| NYC | - | - | - | | | - |
| Yonkers | - | - | - | | | - |
| NY Metro | - | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:VPDI | - | - | - | | | - |
|   Total State and Local | - | - | - | | | - |
| | | | | | | |
| **Total Taxes** | - | - | - | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
Per the terms of the Asset Sale, NEWGH LLC purchased regular course obligations.

| In re Gracious Home LLC | Case No. 16-13500 |
|---|---|
| **Debtor** | **Reporting Period:**    Aug-18 |

This statement is not audited and is highly preliminary.
The estate makes no representation regarding the accuracy of these figures.

### AP Aging Summary

| Vendor | Balance |
|---|---|
| B Riley | 149,349 |
| Prime Clerk LLC | 91,094 |
| Saul Ewing LLP | 43,356 |
| Seward & Kissel LLP | 187,934 |
| Trenk, DiPasquale, Della Fera Sodono, P.C. | 350,453 |
| Citrin Cooperman & Company | 27,521 |
| Wyse Advisors LLC | 35,461 |
| Arent Fox | - |
| US Trustee | - |
| 257 SHERIDAN BOULEVARD CORP | 110 |
| A&G REALTY PARTNERS LLC | 2,500 |
| ADOBE SYSTEMS INCORPORTATED | 6,189 |
| CON EDISON | 5,326 |
| CT Corp | 3,763 |
| David Katz | 2,000 |
| DEMANDWARE INC. | 40,827 |
| DIRECT ENERGY BUSINESS | 4,971 |
| FED-EX | 477 |
| FIVE STAR CARTING  INC. | 12,140 |
| HABIDECOR & ABYSS. | 248 |
| JENNA McCORMICK | 236 |
| Mind Shift | 3,114 |
| Listrak | 1,340 |
| K&L GATES LLP | 6,296 |
| MCGRAW COMMUNICATIONS/BCMone | 2,145 |
| METROPOLITAN TELECOMMUNICATION | 10,468 |
| MOOD-MEDIA-MUZAK LLC | 140 |
| PAETEC | 8,281 |
| PG GENATT GROUP | 1,040 |
| PITNEY BOWES  INC. | 817 |
| RETAIL COUNCIL OF NEW YORK ST. | 2,014 |
| SAFE AND SOUND ARMED COURIER | 447 |
| SCARSDALE SECURITY SYSTEMS | 786 |
| TANDIA TRANSPORTATION CORP. | 1,402 |
| TOWNSEND HOUSE CORP. | (90,521) |
| VERIZON | 229 |
| VERIZON ELAN | 5,679 |
| Straus Media | 1,250 |
| **TOTAL** | **918,878** |
| *check* | - |

In re Gracious Home LLC
    Debtor

Case No. 16-13500
Reporting Period:    Aug-18

FORM MOR-5
2/2008
PAGE 11 OF 13

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | - |

| Accounts Receivable Aging | 0 - 30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | - | - | - | - | - |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | - |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0 - 30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | | | | |
| 31 - 60 days old | - | | | | |
| 61 - 90 days old | - | | | | |
| 91+ days old | - | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re Gracious Home LLC                                    Case No. 16-13500
        Debtor                                             Reporting Period:        Aug-18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| Person | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Rob Morrison | none | - | |
| Patrick Klosterman | For estate work | - | 22,750.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | - | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT FILED THROUGH AUG | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| B Riley | various | 517,063.79 | - | 367,714.90 | 149,348.89 |
| Prime Clerk | various | 194,740.20 | - | 103,646.23 | 91,093.97 |
| Saul Ewing | various | 102,432.82 | - | 59,077.29 | 43,355.53 |
| Seward & Kissel | various | 419,346.86 | - | 231,413.32 | 187,933.54 |
| Trenk DiPasquale | various | 699,209.56 | - | 349,089.99 | 350,452.55 |
| Citrin Cooperman | various | 37,268.85 | 9,748.00 | 9,748.00 | 27,520.85 |
| Wyse Advisors | various | 96,640.00 | - | 61,178.67 | 35,461.33 |
| [] | | - | - | - | - |
| TOTAL PAYMENTS TO PROFESSIONALS | | 2,066,702.08 | 9,748.00 | 1,181,868.39 | 885,166.67 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED
This statement is not audited and is highly preliminary. The estate makes no representation regarding the accuracy of these figures.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | - | - | - |
| | | - | - |
| | - | | - |
| | - | | - |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | - | - |

In re Gracious Home LLC
**Debtor**

Case No. 16-13500
Reporting Period: _____ Aug-18

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | NO |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | YES - policies cancelled as of effective date of Asset Sale | |
| 5. File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | NO |
| 6. Have any payments been made on pre-petition liabilities this reporting period? | | NO |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | | NO |
| 8. Are any post petition payroll taxes past due? | | NO |
| 9. Are any post petition State or Federal income taxes past due? | | NO |
| 10. Are any post petition real estate taxes past due? | | NO |
| 11. Are any other post petition taxes past due? | | NO |
| 12. Have any pre-petition taxes been paid during this reporting period? | | NO |
| 13. Are any amounts owed to post petition creditors delinquent? | YES | |
| 14. Are any wage payments past due? | | NO |
| 15. Have any post petition loans been been received by the Debtor from any party? | | NO |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | NO |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | YES | |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | NO |