```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
In re:                                                           :    Chapter 7
                                                                 :    Case No. 16-13500 [MKV]
GRACIOUS HOME LLC, et al.,                                       :
                                                                 :    (Jointly Administered)
                                       Debtors.¹                 :
                                                                 :
---------------------------------------------------------------- X
```

### ORDER AUTHORIZING DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the application (the "Application")[2] [ECF No. 462] of Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee (the "Trustee") of the estates of Gracious Home LLC, et al. (the "Debtors") in the above-captioned case, for an order pursuant to Bankruptcy Rule 2004, authorizing the issuance of subpoenas for the production of documents and information and deposition testimony; and the Court having jurisdiction to consider the Application and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that adequate service having been given to all Notice Parties [ECF No. 463]; and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b) and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that good and sufficient cause for the relief sought in the Application exists, it is hereby:

---

[1] The Debtors in this Chapter 7 case and the last four digits of their tax identification numbers are: Gracious Home Holdings LLC (3251); Gracious Home Payroll LLC (3681), Gracious Home LLC (3251); GH East Side LLC (3251); GH West Side LLC (3251); GH Chelsea LLC (3251) and Gracious (IP) LLC (3251). The latter five entities are disregarded for tax purposes and do not have their own tax identification numbers, but use that of Gracious Home Holdings LLC. The address of the Debtors' corporate headquarters was 1201 Third Avenue, New York, New York 10021.

[2] Capitalized terms not defined herein shall have the meanings ascribed in the Application.

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that the Trustee is authorized to issue subpoenas for the production of documents and for deposition testimony consistent with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), concerning any asset, liability, duty, obligation, contract, transaction, or other issue related in any way to the Debtors upon:  any current or former employee, principal, agent, officer, shareholder or owner of the Debtors; any entity that has conducted business or engaged in a transaction with the Debtors, in any manner, and any current or former employee, principal, agent, officer, board member, shareholder or owner thereof; any accountant or financial advisor for the Debtors, and any current or former employee, principal, agent, officer, or owner thereof; and it is further

**ORDERED**, that subpoenas authorized by this Order may be served by FedEx or any other method of service permitted under Bankruptcy Rule 9016 or by other means agreed to by the subpoenaed parties; and it is further

**ORDERED**, that the Trustee shall serve a copy of this Order with any subpoena that he serves pursuant to the Order; and it is further

**ORDERED**, that any subpoena issued pursuant to this Order shall provide at least 14 days notice to the recipient to provide the recipient an opportunity to object in writing to the subpoena or to file any written motion with the Court; and it is further

**ORDERED**, if any entity or person who receives a subpoena for the production of documents pursuant to this Order withholds any documents on the basis of an asserted privilege, that entity is directed to provide a privilege log in accordance with Bankruptcy Rule 7026 to Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004, Attn: John R.

Ashmead, Esq., so as to be received with the document production required by the subpoena, or at such time as may be mutually agreed to by the Trustee and the subpoenaed entity or person; and it is further

**ORDERED**, that entry of this Order is without prejudice to the rights of the Trustee to seek any other or further relief, including, but not limited to, further relief under Bankruptcy Rule 2004; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine any and all matters arising from the interpretation and/or implementation of this Order.

Dated: New York, New York
       June 26, 2019

                                          *s/ Mary Kay Vyskocil*
                                      HONORABLE MARY KAY VYSKOCIL
                                      UNITED STATES BANKRUPTCY JUDGE