## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Gracious Home LLC | CASE NO.: 16–13500–lgb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 30–0863251 | CHAPTER:  7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Albert Togut is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 29, 2023

Lisa G Beckerman, Bankruptcy Judge